IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

United States of America

**Crim. 25-246(ADC)**

v.

Denssel Morales -Jaime

Defendant

## MOTION REQUESTING SETTING OF CHANGE OF PLEA HEARING

**TO THE HONORABLE COURT:**

NOW COMES DEFENDANT Denssel Morales Jaime through the undersigned court appointed counsel and respectfully states and prays :

1. The parties have reached a plea agreement that disposes of the instant case as to defendant Denssel Morales -Jaime .

2. The plea agreement was provided by email to defendant and then fully translated to Spanish and discussed in a telephone conference with defendant held January 19, 2026 . Defendant will be sending the plea agreement document signed by him as he resides in Orlando , Florida , once received it will be filed .

3. As defendant resides in Orlando ,Florida it is requested the Court allow travel time when scheduling the COP hearing .

WHEREFORE , it is requested a Change of Plea hearing be scheduled as to appearing defendant .

CERTIFICATE OF SERVICE

The present pleading is filed through the CM/ECF electronic system of the Court which will notify and provide copy to the parties ; defendant is served by email .

Respectfully submitted in San Juan, Puerto Rico this 19th of January , 2026.

                                          S/*Lydia Lizarribar Masini*
                                           Lydia Lizarribar Masini
                                           USDC 124301
                                           G 14 Oneill St Suite A
                                           San Juan , PR 00918
                                           Tel. 787-525-5462
                                           lizarribarlaw@gmail.com