IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| UNITED STATES OF AMERICA | CRIMINAL NO. 25-246 (ADC) |
|---|---|
| Plaintiff, v. [1] Denssel Manuel Morales-Jaime, a/k/a "Bito Makar," [2] Michael Perez-Rosado, a/k/a "Yeray," Defendants. | |

UNITED STATES' MOTION FOR LEAVE OF
COURT TO DISMISS COUNTS SIX AND SEVEN
OF THE INDICTMENT AGAINST DEFENDANTS

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States moves the Court for leave to dismiss Counts Six and Seven of the pending indictment against Defendants [1] Densel Manuel Morales-Jamie and [2] Michael Perez-Rosado, charging violations of 18 U.S.C. § 1715, and that the Court dismiss those counts.

Dismissal is warranted in light of the January 16, 2026, opinion of the United States Department of Justice's Office of Legal Counsel (OLC) finding that 18 U.S.C. § 1715's prohibition on shipping constitutionally protected firearms through the U.S. mail is unconstitutional. The opinion further provides that the Department may not, consistent with the Constitution, enforce § 1715 with respect to constitutionally

protected firearms. The Department of Justice disseminated the OLC opinion on January 26, 2026, to U.S. Attorney's Offices.

In this case, the defendants are charged with several violations of federal criminal statutes, including 18 U.S.C. § § 922(e), 922(a)(3), 922(a)(5), 924(b), and 924(h). Both defendants are also charged in Count Six with violating §§ 1715 and 371 and in Count Seven with violating §§ 1715 and 2.

On January 21, 2026, Defendant [2] Perez-Rosado plead guilty to all charges against him in the indictment, including Counts Two through Seven without the benefit of a plea agreement (a "straight" plea). On January 22, 2026, United States Magistrate Judge Marcos E. Lopez issued a Report and Recommendation with objections due by February 5, 2026.

On February 2, 2026, Defendant [1] Morales-Jaime filed a signed plea agreement that had been entered into with the United States to plead guilty to Count Two. The plea agreement (at paragraph 18) provides that at sentencing the United States would move to dismiss the remaining counts – which would include Counts Six and Seven. The plea hearing is scheduled for February 6, 2026.

Based on the OLC opinion regarding the constitutionality of § 1715 and the Department of Justice's directive not to enforce § 1715 with respect to constitutionally protected firearms, dismissal of Counts Six and Seven is appropriate and in the interests of justice.

WHEREFORE, the United States respectfully requests that the Court grant leave to dismiss Counts Six and Seven of the Indictment in this case, dismiss those counts, and for such other and further relief as is just and proper.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico, on February 4, 2026.

*s/ W. Stephen Muldrow*
W. Stephen Muldrow
United States Attorney


*/s/ Corrinne Cordero-Romo*
Corinne Cordero-Romo
USDC No. 231111
Assistant U.S. Attorney
United States Attorney's Office
Torre Chardón, Suite 1201
350 Carlos Chardón Ave.
San Juan, PR 00918
Tel. (787) 766-5656
corinne.cordero@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/ Corinne Cordero-Romo*
Corinne Cordero-Romo
Assistant United States Attorney